UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PANOS TSOLAINOS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-3387** |
| **BURL CAIN** | **SECTION "N" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's Objections to the Report and Recommendation (Rec. Doc. 37), Memorandum in Opposition to the Petitioner's Objections to the Report and Recommendation (Rec. Doc. 39), and Reply Memorandum in Support of Petitioner's Objections to the Report and Recommendation (Rec. Doc. 43), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Panos Tsolainos** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of October, 2011.

UNITED STATES DISTRICT JUDGE